# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

IRINA COLLIER,

    Plaintiff,

v.                                        CASE NO. 1:24cv85-RH-HTC

FLORIDA BOARD OF
EDUCATION, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6, which concludes that this purported qui tam action should be dismissed. The relator Irina Collier has filed a document entitled "In Re: Reference to the US Supreme Court Case # 21-1052." ECF No. 7. This is a reference to *United States ex rel. Polansky v. Executive Health Resources, Inc.*, 599 U.S. 419 (2023). The text of the filing refers to Justice Thomas's dissent in that case. The case does not address the authority of a pro se individual to serve as a qui tam relator.

I treat the filing as an objection to the report and recommendation. I have reviewed the filing de novo. There have been no other objections, and the deadline for objections has passed.

As correctly noted in the report and recommendation, the law of the circuit is settled that a pro se individual cannot serve as a relator in a qui tam action. That is what Ms. Collier is attempting to do here. The report and recommendation correctly concludes that the complaint should be dismissed for lack of jurisdiction and if not dismissed on that ground would properly be dismissed for failure to state a claim on which relief can be granted.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's further opinion. The clerk must enter judgment stating, "This case is dismissed for lack of jurisdiction." The clerk must close the file.

SO ORDERED on July 11, 2024.

s/Robert L. Hinkle
United States District Judge